UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CTP ATLANTIC AMERICAN
REGIONAL CENTER, LLC,

    Plaintiff,

v.                                              Case No: 8:24-cv-2354-CEH-TGW

UNITED STATES CITIZENSHIP &
IMMIGRATION SERVICES,
ALEJANDRO MAYORKAS,
UR M. JADDOU, and
ALISSA EMMEL,

    Defendants.
_____

## **ORDER**

Before the Court is Plaintiff's Notice of Voluntary Dismissal (Doc. 19), filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Review of the docket reveals that Defendants have not filed an answer or a motion for summary judgment. Accordingly, this case is dismissed without prejudice by operation of Rule 41(a)(1)(A)(i). The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida on March 25, 2025.

Charlene Edwards Honeywell
United States District Judge

Copies furnished to:
Counsel of Record and Unrepresented Parties, if any